UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-86-4-H

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MATTHEW SMITH | |

This matter is before the Court on Defendant Matthew Smith's Motion to Seal the pleading filed on 6 June 2018 at D.E. #253. For good cause shown, it is ordered that Defendant's Motion to Seal is ALLOWED.

This the 7th day of June 2018.

HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE